UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SEAN P. HARPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTLE CAESAR ENTERPRISES, INC., a California corporation; and DOES 1 through 20 inclusive,<br><br>Defendant. | Case No. SACV 18-01564-JLS (JDEx)<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed: July 9, 2018<br>Removed: August 29, 2018 |

Having considered the parties' proposed Amended Stipulated Protective Order (Dkt. 29, "Stipulated Protective Order"), and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Amended Stipulated Protective Order (Dkt. 29) is entered as an Order of the Court.

DATED: March 13, 2019

_____
JOHN D. EARLY
United States Magistrate Judge