|   |   |
|---|---|
| | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SEAN P. HARPER, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>LITTLE CAESAR ENTERPRISES, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 8:18-cv-01564-JLS-JDE<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned for All Purposes To:<br>Judge: Hon. Josephine L. Staton<br>Ctrm:  10A<br><br>Action Filed: July 9, 2018<br>Removed;   August 29, 2018 |

Having considered Plaintiff Sean Harper and Defendant Little Caesar Enterprises, Inc.'s joint stipulation for a dismissal with prejudice of the entire action, and good cause appearing,

THIS COURT ORDERS AS FOLLOWS:

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS HEREBY ORDERED.

Dated: April 11, 2019_____         JOSEPHINE L. STATON
                                                                              _____
                                                                              Hon. Josephine L. Staton
                                                                              United States District Court Judge

